IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DeANDRE D. CURRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-CV-533-WKW |
| | ) | [WO] |
| MAYOR BLACKWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Magistrate Judge entered a Recommendation (Doc. # 5) to which no timely objections have been filed. After an independent review of the record, the court finds that the Recommendation is due to be adopted. Accordingly, it is ORDERED that the Recommendation (Doc. # 5) is ADOPTED and that Plaintiff's action requesting intervention by this court into the pending state criminal proceedings is DISMISSED without prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

A final judgment will be entered separately.

DONE this 1st day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE